**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter __11__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Wealshire Rehab, LLC** |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | **DBA  The Wealshire Center of Excellence** |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **88-3924991** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **150 Jamestown Ln** <br> **Lincolnshire, IL 60069** <br> Number, Street, City, State & ZIP Code | **12 South Broadway** <br> **Beverly Shores, IN 46301** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Lake** <br> County | **Location of principal assets, if different from principal place of business** <br> <br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **www.wealshire.com**

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) *(filled)*

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Wealshire Rehab, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

**7.    Describe debtor's business**

A. *Check one:*

☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

__8051__

**8.    Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.    Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☑ No.
☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

Debtor    **Wealshire Rehab, LLC**                                Case number (*if known*) _____
Name

---

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | _____ | Relationship | _____ |
|---|---|---|---|
| District | _____ | When _____ | Case number, if known | _____ |

---

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds** .

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.** **Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.** **Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.** **Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

---

Debtor    **Wealshire Rehab, LLC**

Name

Case number (*if known*)

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Fill in this information to identify your case:

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____   Chapter   **11**

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

08/1?

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 20, 2024**
              MM / DD / YYYY

X _____          **Arnold Goldberg**
Signature of authorized representative of debtor    Printed name

Title    **Sole Manager**

**18. Signature of attorney**    X    */s/ Harold D. Israel*          Date    **June 20, 2024**
                                   Signature of attorney for debtor          MM / DD / YYYY

**Harold D. Israel**
Printed name

**Levenfeld Pearlstein, LLC**
Firm name

**120 S. Riverside Plaza**
**Suite 1800**
**Chicago, IL 60606**
Number, Street, City, State & ZIP Code

Contact phone    **312-346-8380**    Email address    **hisrael@lplegal.com**

**6216289 IL**
Bar number and State

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Wealshire Rehab, LLC**                                  Case No. _____

                                              Debtor(s)            Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **Arnold Goldberg**<br>**12 S. Broadway**<br>**Beverly Shores, IN 46301** | **Class A** | **100%** | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

     I, the **Sole Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June 20, 2024** _____      Signature _____

                                                                   **Arnold Goldberg**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Northern District of Illinois

In re   **Wealshire Rehab, LLC**
                                    Debtor(s)

Case No.
Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Arnold Goldberg** 12 S. Broadway Beverly Shores, IN 46301 | **Class A** | **100%** | **Member** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Sole Manager** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June 20, 2024**

Signature _____
                    **Arnold Goldberg**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Northern District of Illinois

In re    **Wealshire Rehab, LLC** _____    Case No. _____

_____ Debtor(s)    Chapter    **11** _____

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Wealshire Rehab, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

June 20, 2024 _____
Date

/s/ Harold D. Israel _____
**Harold D. Israel**
Signature of Attorney or Litigant
Counsel for   **Wealshire Rehab, LLC**
**Levenfeld Pearlstein, LLC**
**120 S. Riverside Plaza**
**Suite 1800**
**Chicago, IL 60606**
**312-346-8380**
**hisrael@lplegal.com**

**RESOLUTION**
**of**
**WEALSHIRE REHAB, LLC**
**(an Illinois limited liability company)**

**Effective as of June 20, 2024**

Arnold Goldberg, in his capacity as the sole manager (the "Manager") of Wealshire Rehab, LLC, an Illinois limited liability company (the "Company"), hereby consents in writing to the following resolutions.

WHEREAS, the Manager has considered the financial and operational aspects of the Company's business and the recommendations of the Company's professionals and advisors, and adopts the following resolutions by written consent;

NOW, THEREFORE, BE IT RESOLVED, that, in the judgment of the Manager, it is desirable and in the best interest of the Company, its creditors, equity holder, and other interested parties to file a petition (the "Petition") seeking relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Illinois (the "Bankruptcy Court");

RESOLVED FURTHER, that the Petition is adopted in all respects. Arnold Goldberg (the "Authorized Agent") is hereby authorized and directed, on behalf of the Company, to execute the Petition or authorize the execution of a filing of the Petition by the Company and to cause the same to be filed with the Bankruptcy Court at such time as the Authorized Agent considers it appropriate;

RESOLVED FURTHER, that the Authorized Agent shall be, and hereby is, authorized, directed, and empowered on behalf of and in the name of the Company to execute, verify, and cause to be filed such requests for relief from the Bankruptcy Court as the Authorized Agent may deem necessary, proper, or desirable in connection with the Petition, with a view to successful prosecution thereunder;

RESOLVED FURTHER, that the Authorized Agent is authorized to execute and file on behalf of the Company all petitions, schedules, lists, and other motions, papers, or documents, and to take any and all action that it deems necessary or proper to obtain appropriate relief for the Company, including, without limitation, any action necessary to maintain the ordinary course operation of the Company's business;

RESOLVED FURTHER, that the law firm of Levenfeld Pearlstein, LLC shall be, and hereby is, employed as general bankruptcy counsel for the Company in the Company's chapter 11 case;

RESOLVED FURTHER, that the Authorized Agent is authorized and empowered on behalf of, and in the name of, the Company to retain and to employ other attorneys, brokers, investment bankers, accountants, restructuring professionals, financial advisors, and other

professionals to assist in the Company's chapter 11 case on such terms as are deemed necessary, proper, or desirable by the Authorized Agent;

RESOLVED FURTHER, that the Authorized Agent, and any employees or agents (including counsel) designated by or directed by such Authorized Agent, shall be, and each hereby is, authorized and empowered to cause the Company and such of its affiliates as management deems appropriate to enter into, execute, deliver, certify, file, record, and perform such agreements, instruments, motions, affidavits, applications for approvals or rulings of governmental or regulatory authorities, certificates, or other documents, and to take such other actions, as in the judgment of such Authorized Agent shall be necessary, proper, and desirable to prosecute to a successful completion of the Company's chapter 11 case, to effectuate the restructuring of the Company's debt, other obligations, organizational form and structure, and ownership of the Company and its subsidiaries consistent with the foregoing resolutions, and to carry out and put into effect the purposes of the foregoing resolutions, and the transactions contemplated by these resolutions, their authority thereunto to be evidenced by the taking of such actions;

### General Authorization

RESOLVED FURTHER, that the Authorized Agent is authorized and empowered on behalf of the Company and in its name to take or cause to be taken all actions and to execute and deliver all such instruments that the Authorized Agent of the Company approves as necessary or desirable in connection with the foregoing resolutions, such approval to be conclusively evidenced by the taking of any such action or the execution and delivery of any such instrument by the Authorized Agent of the Company;

RESOLVED FURTHER, that any specific resolutions that may be required to have been adopted in connection with the actions contemplated by the foregoing resolutions be, and they hereby are, adopted, and the Authorized Agent of the Company is authorized to certify as to the adoption of any and all such resolutions and attach such resolutions hereto; and

RESOLVED FURTHER, that all actions heretofore taken by the Authorized Agent or of the Company in connection with or otherwise in contemplation of the transactions contemplated by any of the foregoing resolutions be, and they hereby are, ratified, confirmed, and approved.

*[Remainder of Page Intentionally Left Blank]*

IN WITNESS WHEREOF, the undersigned have executed this action by written consent as of the date first written above.

**WEALSHIRE REHAB, LLC,**
**an Illinois limited liability company**

By: _____
     ARNOLD GOLDBERG
     *Sole Manager of the Company*

| Fill in this information to identify the case: | |
|---|---|
| Debtor name **Wealshire Rehab, LLC** | |
| United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS** | ☐ Check if this is an |
| Case number (if known): _____ | amended filing |

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **NEXT LEVEL HOSPITALITY SERVICES 100 CHALLENGER ROAD SUITE 303 Ridgefield Park, NJ 07660** | | | | | | $533,045.55 |
| **HEALTHCARE & FAMILY SERVICES HFS/BUREAU OF FISCAL OPS PO Box 19491 Springfield, IL 62794-9491** | | | | | | $511,682.00 |
| **NURSA INC DEPT 2310 PO BOX 122310 Dallas, TX 75312-2310** | | | | | | $296,794.06 |
| **KEZIAH QUALITY NURSING STAFFING 507 TRUMANS COURT Belvidere, IL 61008** | | | | | | $291,692.12 |
| **KARE TECHNOLOGIES(A MERISOURCE) PO BOX 4738 Houston, TX 77210** | | | | | | $199,270.44 |
| **CENTERS FOR MEDICARE AND MEDICAID 7500 Security Boulevard Windsor Mill, MD 21244** | | | | | | $197,290.00 |

| Debtor | **Wealshire Rehab, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| POINTCLICKCARE TECHNOLOGIES INC PO Box 674802 Detroit, MI 48267-4802 | | | | | | $192,465.25 |
| ANGELS HOMECARE SERVICES 2200 S MAIN ST Lombard, IL 60148 | | | | | | $162,388.86 |
| LEVCO TECHNOLOGIES INC 601 21ST STREET SUITE 300 Vero Beach, FL 32960 | | | | | | $133,390.61 |
| ABILITY REHAB LLC 648 N River RD Naperville, IL 60563 | | | | | | $115,399.92 |
| PROFESSIONAL MEDICAL INC PO BOX 1243 Bedford Park, IL 60499 | | | | | | $114,647.80 |
| PHARMSCRIPT OF IL LLC PO BOX 5752 Somerset, NJ 08875 | | | | | | $109,865.59 |
| HEALTHCARE SERVICES GROUP 3220 TILLMAN DRIVE SUITE 300 Bensalem, PA 19020 | | | | | | $107,398.47 |
| COM ED PO Box 6112 Carol Stream, IL 60197-6111 | | | | | | $98,846.72 |
| DELTA T GROUP PO BOX 884 Bryn Mawr, PA 19010 | | | | | | $75,860.39 |
| UNITED HEALTH CARE P.O.BOX 959782 Saint Louis, MO 63195-9782 | | | | | | $60,308.28 |

Debtor    **Wealshire Rehab, LLC**                                    Case number *(if known)* _____
       Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **REED SMITH LLP**<br>**10 S Wacker Dr**<br>**Suite 4000**<br>**Chicago, IL 60606** | | | | | | **$57,228.00** |
| **PERFORMANCE FOODSERVICE TPC**<br>**PO BOX 856746**<br>**Minneapolis, MN 55485** | | | | | | **$54,230.02** |
| **GORDON FOOD SERVICE**<br>**P.O. Box 88029**<br>**Chicago, IL 60680-1029** | | | | | | **$53,167.83** |
| **TRANSITIONAL CARE MANAGEMENT**<br>**3333 Warrenville Road,**<br>**Suite 200**<br>**Lisle, IL 60532** | | | | | | **$50,000.00** |

Fill in this information to identify the case:

Debtor name **Wealshire Rehab, LLC**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF ILLINOIS

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule
■ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **June 20, 2024**     X _____
                          Signature of individual signing on behalf of debtor

**Arnold Goldberg**
Printed name

**Sole Manager**
Position or relationship to debtor

A PLUS EXHAUST HOOD
15525 S WEBER RD
Romeoville, IL 60446


A PLUS FIRE PROTECTION SERVICES, IN
15525 S WEBER RD
Romeoville, IL 60446


ABILITY NETWORK INC
DEPT CH 16577
Palatine, IL 60055


ABILITY REHAB LLC
648 N River RD
Naperville, IL 60563


ACCU-TECH SERVICE INC
308 RUSTIC LANE
Algonquin, IL 60102


ACCURATE BIOMETRICS
500 Park Boulevard
Suite 1260
Itasca, IL 60143


ADVANTAGE AMBULANCE
8200 185th St
Tinley Park, IL 60487


AFFILIATED CUSTOMER SERVICE INC
1441 BRANDING LANE
Downers Grove, IL 60515


ALL-STAT PICC LINE LLC
8235 CHRISTINA AVE
Skokie, IL 60076


ALL-STAT PORTABLE X-RAY SERVICE
8235 CHRISTINA AVE
Skokie, IL 60076


ALPHA BAKING COMPANY INC
36230 TREASURY CENTER
Chicago, IL 60694

ANDREW SUK LLC
2155 N ELSTON AVE
APT 245
Chicago, IL 60614


ANGELS HOMECARE SERVICES
2200 S MAIN ST
Lombard, IL 60148


APPLOI CORPORATION
PO BOX 22784
New York, NY 10087


ARNOLD GOLDBERG
12 S Broadway
Beverly Shores, IN 46301


ASCENTIUM CAPITAL
PO BOX 11407
Birmingham, AL 35246


BEAVER CREEK CONSTRUCTION LLC
640 N River Road
Naperville, IL 60563


BEDI & SINGER LLP
53 West Jackson Blvd
Chicago, IL 60604


BERNARD HEALTH
2817 WEST END AVE
SUITE 126-281
Nashville, TN 37203


BH Web Services LLC
2817 West End Avenue
Nashville, TN 37203


BIZMATCH LLC
6851 N CHERRY LANE
Lincolnwood, IL 60712


BUTTERFIELD HEALTH CARE GROUP, INC
640 N River Rd Suite 106
Naperville, IL 60563

CALIFF & HARPER, P.C.
1515 5th Avenue, Suite 700
Moline, IL 61265


CAMBRIDGE REALTY CAPITAL LTD OF IL
1 N. LaSalle St. 37th Floor
Chicago, IL 60602


CAPITAL ONE
PO BOX 4069
Carol Stream, IL 60197-4069


CENTERS FOR MEDICARE AND MEDICAID
7500 Security Boulevard
Windsor Mill, MD 21244


CITY OF CHICAGO DEPT OF FINANCE
P.O. BOX 88292
Chicago, IL 60680-1292


CLEAN START SYSTEMS
PO BOX 59172
Chicago, IL 60659


CLIPBOARD HEALTH
440 N BARRANCA AVE
#5028
Covina, CA 91723


CMSA CHICAGO
PO BOX 7125
Westchester, IL 60154


COM ED
PO Box 6112
Carol Stream, IL 60197-6111


COMCAST
PO Box 3001
Southeastern, PA 19398-3001


CONNOR
AR BARE HILLS BUSS CENTER
1421 CLARKVIEW ROAD, SUITE 100
Baltimore, MD 21209

CONSTELLATION NEWENERGY
PO BOX 5473
Carol Stream, IL 60197

COZZINI BROS INC
350 Howard Avenue
Des Plaines, IL 60018

CREATIVE SCAPE LANDSCAPERS INC
3236 W OLIVE AVE
Chicago, IL 60659

CROWN CARE SERVICES
PO BOX 86
Lakewood, NJ 08701

CYNTHIA CHOW & ASSOCIATES LLC
4801 W. Peterson Avenue
Suite #315
Chicago, IL 60646

DARLING INGREDIENTS
5601 N MACARTHUR BLVD
Irving, TX 75038

DE LAGE LANDEN FINANCIAL SERVICES
PO BOX 41602
Philadelphia, PA 19101

DELTA T GROUP
PO BOX 884
Bryn Mawr, PA 19010

DEPARTMENT OF HEALTH AND HUMAN SERV
General Counsel, Department of Heal
200 Independence Avenue, S.W.
Washington, DC 20201

DEPARTMENT OF THE TREASURY
Internal Revenue Service
PO Box 7346
Philadelphia, PA 19101

DIRECT TV
PO Box 5006
Carol Stream, IL 60197-5006

DR AJAY MADHANI
200 West Southfield Drive
Vernon Hills, IL 60061

eCapital Healthcare Corp.
20807 Biscayne Blvd, Suite 203
Miami, FL 33180

EDSON DEVELOPMENTS
6126 Factory Road
Kenilworth, IL 60043

EDWARD DON & COMPANY
2562 PAYSPHERE CIRCLE
Chicago, IL 60674

ELDERWORKS EDUCATIONAL SERVICES
251 E Northwest HWY
Palatine, IL 60067

ELITE MEDICAL TRANSPORTATION
PO Box 992
Mokena, IL 60448-5606

EMPIRE COOLER
805 N MILWAUKEE AVE
Chicago, IL 60642

ENTERTAIN 360 (fkaSENIOR TV)
975 E TALLMADGE AVE
Akron, OH 44310

FAMILY HVAC LLC
600 E RIORDAN ROAD
Villa Park, IL 60181

FIRST INSURANCE FUNDING
PO BOX 7000
Carol Stream, IL 60197

FITZSIMMONS HOSPITAL SERVICES
PO Box 497
Oak Forest, IL 60452


FOCUSED CARE CONSULTING
7734 S COUNTY LINE RD
Willowbrook, IL 60527


FUSION DESIGN GROUP LTD
30 N BARTON ST
New Buffalo, MI 49117


G L HILLS FUNERAL HOME
745 GRACELAND AVE
Des Plaines, IL 60016


GENERAL PARTS GROUP LLC
PO BOX 9201
Minneapolis, MN 55480


GLOBAL WATER TECHNOLOGY INC.
354 West Armory Dr
South Holland, IL 60473


GORDON FOOD SERVICE
P.O. Box 88029
Chicago, IL 60680-1029


GREATER CHICAGO TRANSIT
PO BOX 4310
Des Plaines, IL 60016


GREENWISE
8180 N. McCormick Blvd Suite 260
Skokie, IL 60076


GUARDIAN
PO BOX 677458
Dallas, TX 75267


HANGER, INC
PO BOX 650846
Dallas, TX 75265

HD SUPPLY
P.O. BOX 509058
National City, CA 91950

HEALTH CARE COUNCIL OF ILLINOIS
1201 S 4th ST
Springfield, IL 62703

HEALTHCARE & FAMILY SERVICES
HFS/BUREAU OF FISCAL OPS
PO Box 19491
Springfield, IL 62794-9491

HEALTHCARE SERVICES GROUP
3220 TILLMAN DRIVE
SUITE 300
Bensalem, PA 19020

HEALTHIEST YOU
C/O TELADOC IN
DEPT LA 24542
Pasadena, CA 91185

HOH WATER TECH
PO BOX 487
Palatine, IL 60078

HOLLAND & HART
P.O.Box 17283
Denver, CO 80217-0283

HOME DEPOT
Dept 32-2645369004
P.O. Box 6057
Carol Stream, IL 60197-6057

ICE MILLER LEGAL COUNSEL
PO BOX 68
Indianapolis, IN 46206

ILLINOIS DEPARTMENT OF PUBLIC HEALT
PO BOX 4263
Springfield, IL 62708

ILLINOIS DEPARTMENT OF REVENUE
Bankruptcy Unit
P O Box 19035
Springfield, IL 62794


ILLINOIS DEPT. OF EMPLOYMENT SEC.
Benefit Payment Control Division
P O Box 4385
Chicago, IL 60680


INNER SECURITY SYSTEMS
418 TREASURE DRIVE
Oswego, IL 60543


INOVALON PROVIDER
PO BOX 856015
Minneapolis, MN 55485


INSIGHT DRUG TESTING
622 South Harbor Drive
Noblesville, IN 46062


INTEGRA IL
321 W Lake St. Suite C
Elmhurst, IL 60126


JC LICHT
DEPT 10472
PO BOX 87618
Chicago, IL 60680


JIM AUSTIN SHOWS
623 IPSWICH CT
Elk Grove Village, IL 60007


JIVETEL
2 BROOKS EDGE DRIVE
New City, NY 10956


KARE TECHNOLOGIES(AMERISOURCE)
PO BOX 4738
Houston, TX 77210

KEZIAH QUALITY NURSING STAFFING
507 TRUMANS COURT
Belvidere, IL 61008


L.B. HALL FIREPROOFING
6126 Factory Road
Crystal Lake, IL 60014


LAKE COUNTY HEALTH DEPARTMENT
3rd FLOOR-BUSINESS OFFICE
3010 GRAND AVENUE
Waukegan, IL 60085


LAKE COUNTY TREASURER
18 N County St Room #102
Waukegan, IL 60085


Law Office of Antwan M. Williams
77 W. Wacker Drive
Suite 4500
Chicago, IL 60601


LEGACY HEALTHCARE
3450 OAKTON STREET
Skokie, IL 60076


LEVCO TECHNOLOGIES INC
601 21ST STREET
SUITE 300
Vero Beach, FL 32960


LINCOLN FIRE PRO
115 SCHELTER ROAD
Lincolnshire, IL 60069


LINCOLNSHIRE HEALTH CARE CENTER
8380 Virginia St
Merrillville, IN 46410


LINCOLNSHIRE LIVING & REHAB CENTER
3450 Oakton Street
Skokie, IL 60076

LIQUITECH
421 EISENHOWER LANE S
Lombard, IL 60148


LISA MENOTTI
2364 Dawson Lane
Algonquin, IL 60102


MANAGEMENT & NETWORK SERVICES
PO BOX 373996
Cleveland, OH 44193


MARCO TECHNOLOGIES  LLC
PO BOX 1450
Minneapolis, MN 55485-7128


MECOR
1000 INDUSTRIAL DRIVE
SUITE 3B
Bensenville, IL 60106


MEDLINE INDUSTRIES INC
DEPT CH 14400
Palatine, IL 60055-4400


MEIKEM SUPPLY
534 N YORK RD
Bensenville, IL 60106


Merchant Services
PO BOX 9599
Knoxville, TN 37940


MICHELLE DAMICO COMM LLC
3914 BARRENVILLE ROAD
Crystal Lake, IL 60012


MILLER & MERTKE CONSULTING CORP
150 Jacaranda Country Club DR Apt 2
Fort Lauderdale, FL 33324


ML ENTERPRISES
PO BOX 621
Skokie, IL 60076

NANCY REED


NATIONAL DATACARE CORP
PO Box 222430
Chantilly, VA 20153-2430


NETSMART TECH
PO BOX 713519
Philadelphia, PA 19171


NEXT LEVEL HOSPITALITY SERVICES
100 CHALLENGER ROAD
SUITE 303
Ridgefield Park, NJ 07660


NLAL Hospitality Services
Attn: Mark D. Villanueva
2005 Market Street, Suite 2600
Philadelphia, PA 19103


NORTH SHORE GAS
PO BOX 6050
Carol Stream, IL 60197


NORTH SHORE SIGN
PO BOX 56296
Chicago, IL 60656


NURSA INC
DEPT 2310
PO BOX 122310
Dallas, TX 75312-2310


OASIS SENIOR ADVISORS CHICAGO NORTH
369 Bloomfield Ct
Vernon Hills, IL 60061


OLD NATIONAL BANK
1 Main St
Evansville, IN 47708


ONE STEP
804 W 4th ST
Davenport, IA 52802

PAMSKI SOLUTIONS
12973 MILLERSBURG RD SW
Massillon, OH 44647


PARAGON MECHANICAL INC
2400 S ARLINGTON HEIGHTS RD
Arlington Heights, IL 60005


Patrick G. Cooke
330 North Wabash Ave., Ste. 3300
Chicago, IL 60611


PAYLOCITY
1400 American Lane
Schaumburg, IL 60173


PERFORMANCE FOODSERVICE TPC
PO BOX 856746
Minneapolis, MN 55485


PERSONNEL PLANNERS INC
913 W VAN BUREN
N-3A
Chicago, IL 60607


PHARMSCRIPT OF IL LLC
PO BOX 5752
Somerset, NJ 08875


POINTCLICKCARE TECHNOLOGIES INC
PO Box 674802
Detroit, MI 48267-4802


POLSINELLI PC
PO BOX 878681
Kansas City, MO 64187


PRARIE FARMS
2110 OGILBY RD
Rockford, IL 61102


PRECISION HEATING & AIR
8038 CENTRAL PARK AVE
Skokie, IL 60076

PROCARE MEDICAL SUPPLIES
PO BOX 740939
Orange City, FL 32774


PROFESSIONAL MEDICAL INC
PO BOX 1243
Bedford Park, IL 60499


PROSHRED CHICAGO
7700 GRAPHICS DRIVE
Tinley Park, IL 60477


QUENCH USA
630 ALLENDALE ROAD
SUITE 200
King of Prussia, PA 19406


R. Jeremy Adamson
50 West Broadway Ste 1000
Salt Lake City, UT 84101


RALPH WEINER ASSOCIATES LLC
720 Astor Lane
Wheeling, IL 60090


REDWOOD SYSTEMS INC
18635 WEST CREEK DR
SUITE 2
Tinley Park, IL 60477


REED SMITH LLP
10 S Wacker Dr Suite 4000
Chicago, IL 60606


REGAL BUSINESS MACHINES INC
1140 WEST WASHINGTON BLVD
Chicago, IL 60607


ROBERT NELSON
7006 W 115th ST
Worth, IL 60482


ROTO ROOTER
5672 Collection Center Drive
Chicago, IL 60693-0056

SCHINDLER ELEVATOR CORP
PO BOX 93050
Chicago, IL 60673


SECRETARY OF STATE
115 S. LaSalle St., Ste. 300
Chicago, IL 60603


SELECT REHABILITATION LLC
2600 COMPASS ROAD
Glenview, IL 60026


SENTRY PEST CONTROL INC
3600 W Jarvis Avenue
Skokie, IL 60076


Sher, LLP
5750 Old Orchard Road, Suite 420
Skokie, IL 60077


SHIFTKEY LLC
PO BOX 735913
Dallas, TX 75373


SILVER CONCIERGE
2000 Webber Street
Suite 129
Sarasota, FL 34239


SMARTLINX SOLUTIONS LLC
PO BOX 22598
New York, NY 10087


SNOWPLUSHER INC
32 E LAKE STREET
Melrose Park, IL 60164


SPECIAL CARE
7444 Wilson ave
Harwood Heights, IL 60706


STRAIGHT CARE STAFFING NURSING AGEN
1908 W MORSE AVE #3
Chicago, IL 60626

SYNAPSE HEALTH
1603 ORRINGTON AVE
SUITE 1625
Evanston, IL 60201


Systems Piping
1625 Half Day Road
Deerfield, IL 60015


TELEMEDICINE SOLUTIONS LLC
425 N MARTINGALE RD
Schaumburg, IL 60173


TEMPLIN HEALTHCARE ACCOUNTNING SERV
PO Box 326
Plainfield, IL 60544


The Law Office of Douglas R. Johnso
203 N LaSalle St Suite 2100
Chicago, IL 60601


THIRD EYE HEALTH
PO BOX 67259
Newark, NJ 07101


TIERRA EINVIRONMENTAL SERVICES, INC
3821 Indianapolis Boulevard
East Chicago, IN 46312


TIMOTHY JOSEPH BARTON
585 N EMERSON LANE
Grayslake, IL 60030


TOP NOTCH PROMOTIONS
2 LARKDALE EAST
Deerfield, IL 60015


TRANSITIONAL CARE MANAGEMENT
3333 Warrenville Road,
Suite 200
Lisle, IL 60532


TWINMED MEDICAL SUPPLIES & SERVICES
PO BOX 847340
Los Angeles, CA 90084

U.S. Department of Housing and Urba
451 7th Street, S.W.
Washington, DC 20410


UNIQUE UPHOLSTERY CARPET & RUG
PO BOX 627
Northbrook, IL 60062


UNITED HEALTH CARE
P.O.BOX 959782
Saint Louis, MO 63195-9782


VARIFAX SYSTEMS
2851 W Avenue
L-OFC 200
Lancaster, CA 93536


VILLAGE OF LINCOLNSHIRE
1 OLDE HALF DAY ROAD
Lincolnshire, IL 60069


WAREHOUSE DIRECT
PO BOX 772570
Chicago, IL 60677


WASHTOWN
4034 W MONTROSE
Chicago, IL 60641


WASTE MANAGEMENT
PO Box 4648
Carol Stream, IL 60197-4648


WATER SERVICES CO
848 OLIVE ST
Elgin, IL 60120


WEALSHIRE PLUS LLC
170 Jamestown Lane
Lincolnshire, IL 60069


WebEnvy
350 Oaks Trail
Suite 203
Garland, TX 75043

WELL SKY
11300 SWITZER ROAD
Overland Park, KS 66210


XTREME FIRE PROTECTION INC
8052 186th St
Tinley Park, IL 60487